IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 APR 26 A 10:54

CLERK_____
SO. DIST. OF GA.

JOHNNY TAYLOR,

    Plaintiff,

v.                        CIVIL ACTION NO.: CV513-026

DR. PIERRE FOUNTAINE; GRADY
PERRY; ANDRE FORD; BRIAN
OWENS; and SHARON LEWIS,

    Defendants.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff filed a Motion for Temporary Restraining Order, which the undersigned construes as a motion for a preliminary injunction. See LSSi Data Corp. v. Comcast Phone, LLC, 696 F.3d 1114, 1119 (11th Cir. 2012) (applying preliminary injunction standards to a request for temporary restraining order). Plaintiff states that he has been denied treatment for his hepatitis since he arrived at Coffee Correctional Facility on August 23, 2012. Plaintiff also states that he faces continued liver damage, which may result in irreversible injury, due to the lack of treatment.

An injunction may be issued when the movant has established the following: (1) a substantial likelihood of ultimate success on the merits; (2) an injunction is necessary to prevent irreparable injury; (3) the threatened injury outweighs the harm the injunction would inflict on the non-movant; and (4) the injunction would not be adverse to the public interest. LSSi Data, 696 F.3d at 1119; Four Seasons Hotels and Resorts, B.V. v.

AO 72A
(Rev. 8/82)

Consorcio Barr, S.A., 320 F.3d 1205, 1210 (11th Cir. 2003). An injunction is an "extraordinary and drastic remedy." Id. at 1210; All Care Nursing Service, Inc. v. Bethesda Memorial Hospital, Inc., 887 F.2d 1535, 1537 (11th Cir. 1989). Thus, it is not granted unless the movant has met his burden of persuasion on each of the four prerequisites. Four Seasons, 320 F.3d at 1210; All Care Nursing, 887 F.2d at 1537. Plaintiff has not met all four prerequisites so that the Court would issue such an order. Plaintiff's Motion should be **DENIED**. (Doc. No. 3).

**SO REPORTED** and **RECOMMENDED**, this 26th day of April, 2013.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)