**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

JOHNNY TAYLOR,                                    :
                                                  :
               Plaintiff,                         :
                                                  :
       v.                                         :       CIVIL ACTION NO.: CV513-026
                                                  :
                                                  :
DR. PIERRE FOUNTAINE; GRADY                       :
PERRY; ANDRE FORD; BRIAN                          :
OWENS; and SHARON LEWIS,                          :
                                                  :
               Defendants.                        :

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed.  In his Objections, Plaintiff contends that he has met his burden of persuasion on each of the four (4) prerequisites necessary for the issuance of injunctive relief.  Plaintiff asserts that, because the Magistrate Judge determined that Plaintiff set forth cognizable claims for relief in his Complaint on frivolity review, he has met his burden of persuasion showing his entitlement to injunctive relief.  However, simply because the Magistrate Judge determined that Plaintiff set forth cognizable claims in his Complaint, this does not constitute a determination that Plaintiff is entitled to injunctive relief.  The granting of injunctive relief is an "extraordinary and drastic remedy", Four Seasons Hotels & Resorts, B.V. v. Consorcio Barr, S.A., 320 F.3d 1205, 1210 (11th Cir. 2003), and the burden of showing entitlement to such relief is much higher than that

applicable to the screening of a *pro se* plaintiff's complaint.  Plaintiff has not met this burden.

Plaintiff's Objections are **overruled**.   The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.   Plaintiff's Motion for Temporary Restraining Order is **DENIED**.

SO ORDERED, this 24 day of July 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)